HEYE, Respondent, v. TILFORD et al., Appellants.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by Gustave Heye, as surviving executor, etc., against Henry M. Tilford and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
P. B. Olney, for appellants.
E. B. Hill, for respondent.
No opinion.  Order reversed, without costs, and motion granted upon payment of $10 costs, and upon condition that defendant pay the costs of the action which had accrued at the time of the motion; costs to be taxed by the clerk.

---

IMGARD, Respondent, v. DUFFY, Appellant.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by Julius Imgard against Walter B. Duffy.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
M. H. Briggs, for appellant.
Welch & Daniels, for respondent.
No opinion.  Order affirmed, with $10 costs and disbursements.  See 25 N. Y. Supp. 865.

---

KIBBE, Respondent, v. BRIXEY, Appellant.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by William C. Kibbe against William R. Brixey.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
I. L. Hill, for appellant.
No opinion.  Order reversed and motion granted, without costs to either party; the amended answer tendered to be served within five days after notice of order to be entered upon this decision.

---

MARTIN et al., Respondents, v. ADAMS et al., Appellants.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by Louis F. Martin and others against Eliza Jane Adams and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
H. Porter, for appellants.
J. J. Adams, for respondents.
No opinion.  Order affirmed, with $10 costs and disbursements.  See 14 N. Y. Supp. 626, 25 N. Y. Supp. 1020.

---

MITCHELL, Respondent, v. O'REILLY, SKELLY & FOGARTY CO., Appellant.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by Samuel M. Mitchell against O'Reilly, Skelly & Fogarty Company.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
E. W. S. Johnson, for appellant.
G. W. Blunt, for respondent.
No opinion.  Judgment and order affirmed, with costs.